**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ABRAHAM GRANT                                                                                        PETITIONER

v.                                             NO. 5:07CV00315 JLH-JFF

LARRY NORRIS, Director,
Arkansas Department of Correction                                                              RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr., and the objections filed in response, and has further reviewed the relevant record *de novo*. The Findings and Recommendations are adopted in their entirety as this Court's findings, except the Magistrate's statement on page 5 of the proposed findings and recommendations that Grant's appeal from the denial of his June 5, 2007, Rule 37 petition was still pending. On February 7, 2007, the Supreme Court of Arkansas issued an opinion dismissing Grant's appeal. That, however, does not affect the result in this case.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed summarily without prejudice for lack of jurisdiction pursuant to Rule 4 of the Rules Governing Section 2254 Cases. It is further Ordered that Petitioner's motion for default judgment is denied.

IT IS SO ORDERED this 19th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE